UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>KEITH GEORGE,<br><br>                Defendant. | Case No. MJ23-459 MLP<br><br>DETENTION ORDER |

Mr. George is charged with one count of assault by strangulation, 18 U.S.C. §§ 113(a)(8) and 1153(a). The Court held a detention hearing on September 15, 2023, pursuant to 18 U.S.C. § 3142(f), and based upon the reasons for detention hereafter set forth, finds:

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Mr. George is charged with a crime of violence. The Government is entitled to a detention hearing..

2. Mr. George stipulated to detention.

3. Upon advice of counsel, Mr. George declined to be interviewed by Pretrial Services. Therefore, there is limited information available about him.

4. Mr. George poses a risk of nonappearance due to a history of two warrants. Based

DETENTION ORDER - 1

on the nature of the offense charged, as well as a history of assaultive conduct, Mr. George poses a risk to the community if released.

5. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. George's appearance at future court hearings and the safety of the community.

IT IS THEREFORE ORDERED:

(1) Mr. George shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. George shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. George is confined shall deliver him to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. George, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this _19th_ day of September, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2