JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KEITH GEORGE, <br><br> Defendant. | No. CR23-151-JCC <br><br> (~~PROPOSED~~) ORDER GRANTING UNOPPOSED MOTION TO CONTINUE PRETRIAL MOTIONS DEADLINE |

THE COURT has considered Keith George's unopposed motion to continue the pretrial motions deadline and the records and files in this case.

IT IS NOW ORDERED that the pretrial motions deadline is extended from October 26, 2023, to November 1, 2023.

DONE this 26th day of October 2023.

*[signature: John C Coughenour]*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
s/ *Gregory Murphy*
Assistant Federal Public Defenders
Attorneys for Keith George

ORDER TO CONTINUE PRETRIAL
MOTIONS DEADLINE
(*U.S. v. George*, CR23-151-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100