JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR23-151-JCC |
| Plaintiff, | ) | |
| v. | ) | (~~PROPOSED~~) ORDER TO SEAL EXHIBIT |
| KEITH GEORGE, | ) | |
| Defendant. | ) | |

THE COURT has considered Keith George's motion to file Exhibit 1 to the Defense Sentencing Memorandum under seal (**Dkt. No. 45**) and finds there are compelling reasons to file the document under seal.

IT IS ORDERED that Exhibit 1 be filed under seal.

DONE this 25th day of June 2024.

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Andrew Kennedy*
Assistant Federal Public Defender
Attorney for Keith George

ORDER TO SEAL EXHIBIT
(*U.S. v. George*, CR23-151-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100